460 A.2d 869

Murphy, Quigley & Co., v. Ryan, etc., Appellants.

Before BROSKY, WIEAND and BECK, JJ.

WIEAND, J., concurred in the result.